DICKINSON WRIGHT PLLC
STEVEN A. CALOIARO
Nevada Bar No. 12344
scaloiaro@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Brand W, LLC*

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 17 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TECHNICAL LED INTELLECTUAL PROPERTY, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BRAND W, LLC d/b/a ECOLOCITY LED, a Nevada limited liability company,<br><br>Defendant. | Case Number: 3:18-cv-00290-MMD-VPC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO AMENDED COMPLAINT FOR PATENT INFRINGEMENT (FIRST REQUEST)** |

It is hereby stipulated and agreed between Plaintiff Technical LED Intellectual Property, LLC, through its counsel of record, Howard & Howard Attorneys PLLC and Louis M. Heidelberger, and Defendant Brand W, LLC d/b/a Ecolocity LED ("Brand W"), by and through its attorneys, Dickinson Wright, PLLC as follows:

///
///
///
///
///
///

-1-

Defendant Brand W shall have to and including August 15, 2018 in which to file any response to Plaintiff's Amended Complaint for Patent Infringement. This extension is agreed to for the convenience of the parties and their counsel and not for any purpose of delay.

DATED this 16th day of July, 2018.

DICKINSON WRIGHT PLLC

/s/ Steven A. Caloiaro
STEVEN A. CALOIARO
Nevada Bar No. 12344
Email: scaloiaro@dickinsonwright.com
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009

*Attorneys for Brand W, LLC*

DATED this 16th day of July, 2018.

HOWARD & HOWARD ATTORNEYS PLLC

/s/ Jonathan Fountain
W. WEST ALLEN
Nevada Bar No. 5566
Email: wwa@h2law.com
JONATHAN FOUNTAIN
Nevada Bar No. 10531
Email: jwf@h2law.com
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel.: (702) 257-1483
Fax: (702) 567-1568

LOUIS M. HEIDELBERGER (*will comply with LR IA 11-2 within 45 days*)
Email: louis.heidelberger@gmail.com
1229 Laurel Oak Lane
York, PA 17403
Tel.: (215) 284-8910

*Attorneys for Technical LED Intellectual Property, LLC*

IT IS SO ORDERED

_____
United States Magistrate Judge

DATED: July 17, 2018

-2-